**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CYPALEO, LLC, § | |
| § | |
| Plaintiff, § | |
| § | Case No: 2:16-cv-00949-JRG-RSP |
| vs. § | |
| § | |
| SNOM, INC. § | |
| § | |
| Defendant. § | |

## ORDER

On this day the Court considered the unopposed motion of Cypaleo, LLC to dismiss all claims against Defendant Snom, Inc. with prejudice. It is therefore ORDERED that all claims asserted by STI against Snom, Inc. are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 18th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE